JUDGE JONES

07 CIV 7884

Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff Sinoriches Global Limited
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 329-0120
Facsimile:    (646) 328-0121
William R. Bennett, III  (WB 1383)
wbennett@bgmplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SINORICHES GLOBAL LIMITED,                                    07-CIV-

              Plaintiff,

    - against -                                                **7.1 STATEMENT**

STEELCO PACIFIC TRADING, LTD.,
(HONG KONG),

             Defendants.
-----------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which own 10 percent or more of said parties' stock: NONE.

Dated: New York, New York
       September 6, 2007

                                   Bennett, Giuliano, McDonnell & Perrone, LLP
                                   Attorneys for Plaintiffs

                                   _/s/ William R. Bennett, III_
                                   William R. Bennett, III  (WRB 1328)
                                   225 West 34th Street, Suite 402
                                   New York, New York 10122
                                   Telephone:   (646) 328-0120