JONES

JUDGE JONES

**Bennett, Giuliano, McDonnell & Perrone, LLP**
**Attorneys for Plaintiff Sinoriches Global Limited**
**225 West 34th Street, Suite 402**
**New York, New York 10122**
**Telephone:    (646) 329-0120**
**Facsimile:    (646) 328-0121**
**William R. Bennett, III  (WB 1383)**
**wbennett@bgmplaw.com**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9·10·07

07 CIV 7884

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

SINORICHES GLOBAL LIMITED,                                07-CIV-

                      Plaintiff,

        - against -                             **ORDER FOR APPOINTMENT**
                                                **TO SERVE PROCESS OF**
STEELCO PACIFIC TRADING, LTD.,                  **MARITIME ATTACHMENT**
(HONG KONG),                                    **AND GARNISHMENT**

                      Defendants.
------------------------------------------------------------X

        Plaintiff having moved for an Order pursuant to Fed. R. Cic. P. Rule 4(c) appointing

William R. Bennett, III or any other person appointed by Bennett, Giuliano McDonnell &

Perrone, LLP, to serve process of attachment and garnishment in this matter, and it appearing

from the affidavit of William R. Bennett, III, Esq., that such appointment will result in

substantial economies in time and expense,

        **NOW,** on motion of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for

plaintiff, it is

        **ORDERED** that William R. Bennett, III or any other person at least 18 years of age and

not a party to this action, appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, be and

hereby is appointed to serve process of attachment and garnishment in this matter.

Dated: New York, New York
     September 7, 2007

_____
U.S.D.C.J.

Z:\Documents\All Files\D702 SEA RICHES/Pleadings\OrdApptSrvProcMrtmAtchmtGrnmt-090607.doc