**Bennett, Giuliano, McDonnell & Perrone, LLP**
**Attorneys for Plaintiff Sinoriches Global Limited**
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 329-0120
Facsimile:    (646) 328-0121
William R. Bennett, III  (WB 1383)
wbennett@bgmplaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-07
```

07 CIV 7884

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SINORICHES GLOBAL LIMITED,                        07-CIV-

               Plaintiff,

   - against -                                                  **ORDER FOR APPOINTMENT**
                                                           **TO SERVE PROCESS OF**
STEELCO PACIFIC TRADING, LTD.,             **MARITIME ATTACHMENT**
(HONG KONG),                                                  <u>**AND GARNISHMENT**</u>

               Defendants.
------------------------------------------------------------X

Plaintiff having moved for an Order pursuant to Fed. R. Cic. P. Rule 4(c) appointing William R. Bennett, III or any other person appointed by Bennett, Giuliano McDonnell & Perrone, LLP, to serve process of attachment and garnishment in this matter, and it appearing from the affidavit of William R. Bennett, III, Esq., that such appointment will result in substantial economies in time and expense,

**NOW,** on motion of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for plaintiff, it is

**ORDERED** that William R. Bennett, III or any other person at least 18 years of age and not a party to this action, appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, be and hereby is appointed to serve process of attachment and garnishment in this matter.

Dated: New York, New York
      September 7, 2007

                                                                  /s/ Barbara S. Jones
                                                                    U.S.D.C.J.

Z:\Documents\All Files\D702 SEA RICHES/Pleadings\OrdApptSrvProcMrtmAtchmtGrnmt-090607.doc